## STATEMENT OF FACTS

The FBI, and other law enforcement agencies, have been conducting a criminal investigation into individuals believed to be responsible for more than a dozen commercial armed robberies since January 1, 2022, in Washington, D.C.; Montgomery County, MD; and Prince George's County, MD. Many of these armed robberies have been linked by vehicles used during the robberies, physical characteristics of the assailants, weapons used, and surveillance videos.

Law enforcement was able to identify a black Acura TLX which was used in a number of armed robberies throughout February 2022. On February 22, 2022, the FBI recovered a black Acura TLX, bearing false Maryland temporary tags, which was consistent with a vehicle used in a number of the armed robberies. Law enforcement was able to determine the registered owner of the Acura TLX from the VIN number on the vehicle and contacted the owner. According to the owner, the Acura TLX was stolen in January 2022 and had Maryland hard tags on it when it was stolen. The owner consented to a search of the vehicle including the "infotainment system." Information obtained from the infotainment system provided some location information for the vehicle (analysis is ongoing). Location information showed that on multiple occasions the black Acura TLX stopped around two locations—one in Northwest Washington, DC near the 5000 block of 1st St NW; and one in Northeast Washington, DC. Surveillance footage from the 5000 block of 1st St NW corroborated the infotainment system information.

On March 1, 2022, the Metropolitan Police Department (MPD) located a dark grey Lexus ES350 near the location in Northeast Washington, DC that the black Acura TLX had frequented. The vehicle was parked in such a way that it appeared whoever had parked it had attempted to obscure any tags. Upon obtaining the tag information for that Lexus it was determined that the tags belonged on a Ford and that it was reported stolen out of Maryland. An analysis of the VIN of the Lexus determined that it was stolen out of Maryland. Law enforcement was able to contact the owner of the Lexus and on Wednesday March 2, 2022, FBI agents obtained consent from the vehicle owner to place a GPS tracking device on the Lexus.

On Sunday, March 6, 2022, at approximately 9:30 a.m. the GPS tracker alerted that the Lexus had moved. FBI physical surveillance tracked the vehicle to the area of 5000 1st ST NW, which is one of the locations the black Acura TLX had frequented. One individual was driving the vehicle. At approximately 11:45 a.m., FBI physical surveillance observed the Lexus park at the intersection of 1st St., NW, and Farragut St., NW. Physical surveillance watched the vehicle until approximately 1:18 p.m. when two individuals departed 5006 1st ST NW and entered the Lexus. The two individuals who entered the Lexus did not appear consistent with the individual who had parked the vehicle earlier. Surveillance footage also captured the movement of the Lexus.

Moments after the two individuals entered the Lexus, the Lexus departed the area north on 1st St. NW. FBI agents initiated a traffic stop and the Lexus attempted to flee. FBI agents blocked the intersection of 1st St and Gallatin St NW and the occupants in the Lexus, who were later identified as Stephon Harrigan and Aaron Harrigan, fled on foot. Aaron Harrigan was detained on New Hampshire Avenue. Stephon Harrigan ran south on 1st St NW and entered an alley that led to the parking lot of the Avenue Supermarket located at 5010 New Hampshire Ave, NW. Stephon Harrigan then entered a woman's (V1) vehicle and physically forced her to drive him away from

the area. V1 wrecked into an unmarked MPD cruiser conducting surveillance in the area. Stephon Harrigan again attempted to flee on foot, but was detained.

A review of contents visible in plain view of the Lexus revealed a stack of credit cards and ID's in the driver's door handle which were inconsistent with either Harrigan brother and appeared to be stolen. Additionally, a jacket in the back seat matched the description and surveillance footage of a jacket used in some of the armed robberies referenced above. A subsequent search of the Lexus revealed several cell phones; an apple watch; various keys, including an Acura key; and a dark navy jacket with a white zipper consistent with a jacket worn by one of the suspects in a number of armed robberies.

On March 6, 2022, pursuant to a search warrant, law enforcement searched a residence connected to the Harrigan brothers at 5006 1st ST NW, Washington, D.C. In the living room, where family members indicated Aaron Harrigan slept, law enforcement recovered a computer and approximately 7 social security cards and 3 ID cards. Law enforcement also recovered approximately 12 sets of car keys in the residence. None of the social security cards or IDs appear to belong to any of the occupants of 5006 1st ST NW and some of them are linked to addresses in Maryland. Inside the Lexus referenced above was an ID and credit cards which corresponded to one of the social security cards found inside of 5006 1st St NW. Similarly, the car keys recovered appear to be from various types of vehicles including Mercedes, Acura, Toyota, Honda, and other yet unidentified vehicles.

In a bedroom primarily occupied by a female relative of the Harrigan brothers, law enforcement located men's clothing and shoes and a firearm. A relative on scene indicated that Stephon Harrigan sometimes stayed in that bedroom and the men's clothing and firearm would have been his. A photograph of Stephon Harrigan's girlfriend was also located in the apartment. Medication and documents with Stephon Harrigan's name on them were also found in the apartment.

The firearm recovered was determined to be a black firearm with a silver ejection port, .40 caliber with no serial number. This firearm appeared to be a Personally Made Firearm (PMF) commonly known as a "ghost gun." At the time it was recovered, it was loaded with 12 rounds in a 13 round magazine and 1 in the chamber. There are no firearm or ammunition manufacturers in the District of Columbia. Therefore, the ammunition in this case would have traveled in interstate commerce prior to being recovered in the District of Columbia.

During a post-arrest, *Mirandized*, interview, Aaron Harrigan waived his rights and agreed to speak with law enforcement. Aaron Harrigan stated that his "thing" is stealing cars and selling them. He indicated he knew the Lexus he was driving on March 6, 2022 was stolen and he was on his way to sell it when he was arrested. He also admitted that he got the social security cards and IDs from stolen vehicles.

A criminal history check of Stephon Harrigan through the National Crime Information Center (NCIC) confirmed that the defendant has prior felony convictions in the Superior Court for the District of Columbia including Assault on a Police Officer in case 2014-CF2-004133; Unlawful Possession of a Firearm or Ammunition in case 2019-CF2-016092; Carrying a Pistol without a License in case 2012-CF2-001397; and Unauthorized Use of a Vehicle in 2013-CF2-02144. The defendant was sentenced to over one year of incarceration for each of these convictions. Therefore,

3

the defendant would have been aware at the time of his arrest in this case that he had a prior conviction for a crime punishable by more than one year.

_____
Special Agent Joshua Smith-Shimer
Federal Bureau of Investigation

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 7th day of March, 2022.*

_____
ZIA FARUQUI
U.S. MAGISTRATE JUDGE